# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 09-12416 (PJW) |
| ELECTROGLAS, INC., et al.,[1] | |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATION REGARDING LIST OF EQUITY HOLDERS

I, the undersigned authorized officer of the above-captioned debtors that filed Chapter 11 petitions on July 9, 2009 (the "Debtors"), hereby certify under penalty of perjury that the list of equity security holders of the Debtors (the "List of Equity Holders") filed contemporaneously herewith, pursuant to Local Rule 1007-1(a) of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, is, to the best of my knowledge, complete and correct.

Certain of the entities listed on the List of Equity Holders may not hold equity securities of the Debtors as of the date hereof, and therefore may not be equity security holders for purposes of the Debtors' Chapter 11 cases. Therefore, the List of Equity Holders does not and should not be deemed to constitute a waiver of any right or legal position of the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 27, 2009  
San Jose, CA

Respectfully Submitted,

**ELECTROGLAS, INC.**

BY: _____  
Thomas E. Brunton

---

[1] The Debtors are Electroglas, Inc. (EIN 77-0336101) ("Electroglas") and Electroglas International, Inc. (EIN 77-0345011) ("Electroglas International").

#11294888 v1