IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ELECTROGLAS, INC., | ) | Case No. 09-12416 (PJW) |
| et al., | ) | |
| | ) | Sale Hearing: Aug. 26, 2009 at 2 p.m. (ET) |
| | ) | Objections Due: Aug. 24, 2009 at 4 p.m.(ET) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## DECLARATION OF DEBORAH NICHOLS IN SUPPORT OF COUNTY OF SANTA CLARA'S OBJECTION TO SALE OF DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES

Dated: August 24, 2009

OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
MIGUEL MÁRQUEZ, Acting County Counsel (Cal. Bar No. 184621)
NEYSA A. FLIGOR, Deputy County Counsel (Cal. Bar No. 215876)
STEVE MITRA, Deputy County Counsel (Cal. Bar No. 244054)
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Counsel to Creditor County of Santa Clara Tax Collector

I, DEBORAH NICHOLS, declare as follows:

1. I am an agent of the Tax Collector of the County of Santa Clara (the "County") and am authorized to make proof of claim on behalf of the County. I make this declaration in support of the County's OBJECTION TO SALE OF DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES in the above-captioned matter. If called to testify as a witness, I could and would testify competently thereto.

2. As of January 1, 2009, Debtors in the above-captioned matter owed the County approximately $59,009.09. The consideration for this debt is personal property tax.

3. I filed the Priority proof of claim with respect to this amount on or about August 3, 2009.

The foregoing is based upon my personal knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 24, 2009, at San Jose, California.

*Deborah Nichols*
DEBORAH NICHOLS