# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 09-12416 (PJW) |
| ELECTROGLAS, INC., et al.,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

## SECOND OMNIBUS NOTICE OF REJECTION

TO:  Parties listed on <u>Exhibit A</u> to this notice.  If you received this notice, you should locate your name and contract or lease listed on <u>Exhibit A</u> to this notice.

RE:  Executory contract(s) and unexpired lease(s) of personal property and non-residential real property listed on <u>Exhibit A</u> (the "<u>Executory Contracts and Unexpired Leases</u>")

PLEASE TAKE NOTICE that, on August 11, 2009, the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") entered the order on the "Motion of the Debtors and Debtors-In-Possession for Entry of an Order Establishing Procedures for the Rejection of Unexpired Leases of Nonresidential Real Property and Executory Contracts" (Docket No. 123, the "<u>Order</u>").

PLEASE TAKE FURTHER NOTICE that, unless an earlier termination date applies,[2] pursuant to the terms of the Order, the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") hereby provide notice of their intent to reject the Executory Contracts and Unexpired Leases listed on <u>Exhibit A</u> to this notice.  Pursuant to the terms of the Order, the Executory

---

[1]  The Debtors are Electroglas, Inc. ("<u>Electroglas</u>") and Electroglas International, Inc. ("<u>Electroglas International</u>").

[2]  For instance, the Debtors terminated Mr. Raimond's employment as of October 31, 2009, pursuant to Mr. Raimond's request, and accordingly, the Debtors are including Mr. Raimond's contract in this notice out of an abundance of caution.

Contract and Unexpired Leases shall be deemed rejected effective December 7, 2009 (the "Effective Date of Rejection").

PLEASE TAKE FURTHER NOTICE that, should you object to the Debtors' rejection of an Executory Contract or Unexpired Lease, you must file and serve a written objection so that such objection is filed with the Bankruptcy Court and actually received no later than **4 p.m. (EST) on December 7, 2009**, i.e., ten (10) calendar days after the date of this notice, by the following parties (the "Objection Notice Parties"): (a) Electroglas, Inc., Attn: Tom Brunton, 5729 Fontanoso Way, San Jose, CA 95138-1015; (b) section 327(a) counsel to the Debtors, Pepper Hamilton LLP, Attn: David B. Stratton, Esq. and James C. Carignan, Esq., Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, Delaware 19899-1709; (c) section 327(e) counsel to the Debtors, Morrison & Foerster LLP, Attn: G. Larry Engel, Esq., 425 Market Street, San Francisco, California 94105 and Morrison & Foerster LLP, Attn: James J. DeCristofaro, Esq., 1290 Avenue of the Americas, New York, New York 10104; (d) Office of the United States Trustee, Attn: Jane Leamy, Esq., 844 King Street, Room 2313, Wilmington, Delaware 19801; and (e) counsel to the Creditors' Committee, Womble Carlyle Sandridge & Rice, PLLC, Attn: Steven K. Kortanek, Esq. and Matthew P. Ward, Esq., 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801. Absent such an objection being filed and served in compliance with the foregoing, the rejection of the Executory Contracts and Unexpired Leases shall become effective on the Effective Date of Rejection, without further notice, hearing or order of the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, if an objection is properly filed and served on the Objection Notice Parties as specified above, the Court will schedule a hearing to consider such objection. If the Court determines the effective date of rejection of such Executory

Contract or Unexpired Lease, that date shall be the rejection date. If such objection is overruled or withdrawn or the Court does not determine the date of rejection, the rejection date of such Executory Contract or Unexpired Lease shall be deemed to have occurred on the Effective Date of Rejection.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, if the Debtors have deposited monies with an Executory Contract or Unexpired Lease counterparty, such party may not offset or otherwise use such deposit without prior authorization from the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that, upon rejection of any Executory Contract or Unexpired Lease, you are required to file a rejection damages claim, if any, by the later of: (a) the general claims bar date to be established in these Chapter 11 cases; or (b) thirty (30) days after the Effective Date of Rejection.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Dated: Wilmington, Delaware
       November 25, 2009

Respectfully submitted,

/s/ James C. Carignan
David B. Stratton (DE No. 960)
James C. Carignan (DE No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Tel.: (302) 777-6500
Fax: (302) 421-8390

*Section 327(a) Counsel to the Debtors*

    -and-

MORRISON & FOERSTER LLP
G. Larry Engel
Vincent J. Novak
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MORRISON & FOERSTER LLP
James J. DeCristofaro
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Section 327(e) Counsel to the Debtors*