## CERTIFICATE OF SERVICE

I, James C. Carignan, hereby certify that on the 25th day of November, 2009, I caused the foregoing **Second Omnibus Notice of Rejection** to be served upon the parties listed on the attached Exhibits A and B service list by first-class mail, postage prepaid.

      /s/ James C. Carignan
      James C. Carignan

**#11761692 v1**

# EXHIBIT A

| | |
|---|---|
| G. Larry Engel, Esq.<br>Vincent J. Novak, Esq.<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  19899-1709 | James J. DeCristofaro, Esq.<br>Samantha Martin, Esq.<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104 |
| Jane M. Leamy, Esq.<br>Office of the United States Trustee<br>844 King Street<br>Room 2207, Lockbox 35<br>Wilmington, DE  19801 | Christopher R. Donoho, III, Esq.<br>Omeca Nedd, Esq.<br>Robin Keller, Esq.<br>Lovells LLP<br>590 Madison Avenue<br>Suite B<br>New York, NY  10022 |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE  19801 | Elizabeth Weller, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX  75201 |
| Securities & Exchange Commission<br>100 F Street, N.E.<br>Washington, DC  20549 | Securities & Exchange Commission<br>15th & Pennsylvania Ave., N.W.<br>Washington, DC  20020 |

#11761692 v1

Alistar Bambach
Securities & Exchange Commission
New York Regional Office
Bankruptcy Division
3 World Financial Center
Suite 400
New York, NY  10281-1022

Nathan Fuchs
Securities & Exchange Commission
233 Broadway
New York, NY  10279

Michael Berman
Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC  20020

District Director of Insolvency
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

Internal Revenue Service
Centralized Insolvency Operation
11601 Roosevelt Boulevard
Mail Drop N781
Philadelphia, PA  10154

Ellen Slights, Esq.
U.S. Attorney's Office
1007 North Orange Street
Suite 700
Wilmington, DE  19899-2046

Eric H. Holder, Jr., Esq.
United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0001

Joseph R. Biden, III, Esq.
Department of Justice
Carvel State Building
820 N. French Street
Wilmington, DE  19801

Secretary of State
Division of Corporations
Franchise Tax
PO Box 7040
Dover, DE 19903

Secretary of Treasury
State of Delaware
P.O. Box 7040
Dover, DE 19903

Steven K. Kortanek, Esq.
Matthew P. Ward, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Lawrence M. Schwab, Esq.
Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

James S. Yoder, Esq.
824 North Market Street
White and Williams
Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Attn: President, Secretary, Manager, or Counsel
Cic Lyonaise
8 Rue de La Republique
69001 Lyon, France

Attn: President, Secretary, Manager, or Counsel
Commerica Bank
Attn: Legal Department
M/C 4855
333 West Santa Clara
San Jose, CA 95113

Attn: President, Secretary, Manager, or Counsel
Commerica Bank
Attn: Legal Department
226 Airport Parkway
San Jose, CA 95110

#11761692 v1

Attn: President, Secretary, Manager, or Counsel
County of Santa Clara
70 W. Hedding Street, East
San Jose, CA  95110

Vincent J. Roldan, Esq.
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY  10020

Craig Tighe, Esq.
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA  94303-2214

Attn: President, Secretary, Manager, or Counsel
FormFactor
7005 South Front Road
Livermore, CA  94551

Eric M. Sutty, Esq.
Fox Rothschild LLP
Citizens Bank Center
919 North Market Street, Suite 1300
Wilmington, DE  19899

Giselle Pozark
NaviSite, Inc.
400 Minuteman Road
Andover, MA  1810

Nick Pasco
Peninsula Master Fund, Ltd.
235 Pine Street
Suite 1600
San Francisco, CA  94104

Paul Bridger
Oren Eisner
Tracy Fu
Quintessence Fund LP
QVT Financial LP
1177 Avenue of the Americas
9th Floor
New York, NY  10036

#11761692 v1

Santa Clara County Tax
Attn: President, Secretary, Manager, or Counsel
70 W. Hedding Street, East
San Jose, CA  95110

John F. Storz, Esq.
Hugh M. McDonald, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY, NY  10020-1089

The Bank of New York Trust
as Trustee for the Bondholders
700 S. Flowers Street
Los Angeles, CA  90017

Edward P. Zujkowski, Esq.
Emmet, Marvin & Martin, LLP
120 Broadway
32nd Floor
New York, NY  10271

Robert J. Dehney, Esq.
Andrew R. Remming, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
18th Floor
Wilmington, DE  19899-1347

Craig Martin, Esq.
Sturart Brown, Esq.
Edwards Angell Palmer & Dodge
919 North Market Street
15th Floor
Wilmington, DE  19801

| | |
|---|---|
| American Stock Transfer<br>Stock Transfer Agent Agreement<br>American Stock Transfer and Trust Company LLC<br>59 Maiden Lane<br>New York, NY  10038 | AJI Technologies, Inc<br>Commercial Sublease<br>AJI Technologies Inc<br>5729 Fontanoso Way<br>San Jose, CA  95138 |
| AT&T Long Distance<br>Long Distance Phones<br>Corporate ID 1200788<br>AT&T Long Distance<br>PO Box 5017<br>Carol Stream IL  60197-5017 | AT&T Mobility<br>Mobile Phones<br>FAN BES02428354<br>AT&T Mobility<br>PO Box 9004<br>Carol Stream, IL  60197-9004 |
| Atmel<br>Service Contract<br>Atmel Corporation<br>2325 Orchard Parkway<br>San Jose, CA 95131 | Burr Pilger & Mayer, LLP<br>Engagement Letter<br>Burr Pilger & Mayer<br>60 South Market Street, Suite 800<br>San Jose, CA 95113 |
| CenterBeam, Inc.<br>Customer-First Agreement<br>CenterBeam, Inc.<br>30 Rio Robles Drive<br>San Jose, CA 95134<br>Attn:  Pete Karagiannis | Complete Probe Solutions<br>Consulting Agreement<br>Complete Probe Solutions<br>9175 Crest Hill Court<br>Gilroy, CA  95020 |

E*TRADE
Employee Brokerage Services
E*TRADE Financial Corporate Services
4005 Windward Plaza Drive
Alpharetta, GA  30005

Flextronics Industrial Ltd.
Manufacturing Services Agreement
Flextronics Industrial Ltd.
Level 3, Alexander House
35 Cybercity
Ebene
MAURITIUS

Gartner, Inc.
Service Agreement
Gartner, Inc.
56 Top Gallant Road
Stamford, CT  06904

Hyphenated –Systems, LLC
Commercial Sublease
Hyphenated-Systems, LLC
1826 Rollins Rd
Burlingame, CA  94010
Attn: Terence Lundy

Integrated Copy Solution
Copy Solution Agreement
L#40099575
Integrated Copy Solutions
280 E. Gish Road
San Jose, CA  95112

Maarten Raimond
Employment
Maarten Raimond
Rijksweg NA 12
Havelts 7971 CX
The Netherlands

North Bay Building Maintenance Company
Janitorial Service
North Bay Building Maintenance Company
Attn: Ronald Gonzales
1805 Little Orchard Street Unit 131
San Jose, CA  95125

Recall Corporation
Service Contract
Recall Corporation
Attn:  Hayolom Tadesse
One Recall Center
180 Technology Parkway
Norcross, GA  30092

Sparta Consulting, Inc.
Master Services Agreement
Sparta Consulting, Inc.
111 Woodmere Road, Suite 200
Folsom, CA 95630
Attn: Denise Ferre

Thomas E. Brunton
Change of Control
Thomas E. Brunton
807 Lakeshore Drive
Redwood City, CA 94065

Thomas M. Rohrs
Change of Control
Thomas M. Rohrs
1261 Woodview Terrace
Los Altos, CA 94024

Thompson Financial Corp. Group
Thompson Financial Corp. Group
195 Broadway
New York, NY 10007

Tsar & Tsai Law Firm
Engagement Letter
Tsar & Tsai Law Firm
8th Floor
235 DunHua S. Road, Sec. 1
Taipei, Taiwan 106
Republic of China

Thomson Reuters
IR Website and Webcasting Subscription Agreement
Thomson Financial Corp Group
PO Box 5136
Carol Stream, IL 61097-5136

US Express Leasing, Inc.
Equipment Lease
L#40099575
US Express Leasing, Inc.
10 Waterview Blvd.
Parsippany, NJ 07054

Tygris Vendor Finance
Equipment Lease
L#40410185
Tygris Vendor Finance
10 Waterview Blvd.
Parsippany, NJ 07054

Vishay Siliconix Itzehoe GmbH
Service Contract
Vishay Siliconix Itzehoe GmbH
Fraunhoferstr. 1
D-2554 Itzehoe
GERMANY

VCOM Solutions, Inc.
Telecom Services
VCOM Solutions, Inc.
12657 Alcosta Blvd. #418
San Ramon, CA  64583

YuYuan Corp.
Office Lease
YuYuan Corp.
No. 26, Taiyuan Street
Jhubei City, Hsinchu County 30288
Taiwan (REPUBLIC OF CHINA)