**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | )  |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 09-12416 (PJW) |
| ELECTROGLAS, INC., <u>et</u> <u>al.</u>,[1] | ) |
| | ) (Jointly administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 30, 2009 AT 9:30 A.M. EASTERN TIME**

**UNCONTESTED MATTER:**

1.  Notice of Quarterly Fee Hearing (Docket No. 362; filed December 9, 2009)

    <u>Related Documents</u>:  See Exhibit A attached hereto.

    <u>Objection Deadline</u>:  Various.  See relevant fee application.

    <u>Objections Received</u>:  None.

    <u>Status</u>:  No hearing necessary. Debtors request the order submitted with the Pepper Hamilton's Certificate of No Objection be entered at the Court's convenience.

Dated:  December 21, 2009           PEPPER HAMILTON LLP
Wilmington, DE

                                                    /s/ James C. Carignan
                                                    David B. Stratton (DE No. 960)
                                                    James C. Carignan (DE No. 4230)
                                                    John H. Schanne, II (DE No. 5260)
                                                    Hercules Plaza, Suite 5100
                                                    1313 N. Market Street, P.O. Box 1709
                                                    Wilmington, Delaware 19899-1709
                                                    Tel.: (302) 777-6500
                                                    Fax: (302) 421-8390

                                                    *Section 327(a) Counsel for the Debtors*

---

[1] The Debtors are Electroglas, Inc. and Electroglas International, Inc.

#11819760 v1