# **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re | ) <br> ) Chapter 11 <br> ) Case No. 09-12416 (PJW) <br> ) <br> ) (Jointly administered) <br> ) |
| ELECTROGLAS, INC., et al.,[1] | |
| Debtors. | |

# INDEX TO FEE APPLICATION BINDER FOR HEARING SCHEDULED ON DECEMBER 30, 2009 AT 9:30 A.M.

## DEBTORS' PROFESSIONALS

I.  Notice of First Quarterly Fee Applications Request of Pepper Hamilton, LLP as Counsel to the Debtors for the Period of July 9, 2009 through October 31, 2009 (Docket No. 341; filed November 17, 2009)

 1. Certificate of No Objection (Docket No. 369; filed December 10, 2009)

 2. First Interim Application of Pepper Hamilton LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period July 9, 2009 through July 31, 2009 (Docket No. 203; filed September 3, 2009)

 3. Certificate of No Objection (Docket No. 269; filed September 25, 2009)

 4. Second Interim Application of Pepper Hamilton LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period August 1, 2009 through August 31, 2009 (Docket No. 266; filed September 24, 2009)

 5. Certificate of No Objection (Docket No. 300; filed October 16, 2009)

 6. Third Interim Application of Pepper Hamilton LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period September 1, 2009 through September 30, 2009 (Docket No. 314; filed October 23, 2009)

---

[1] The Debtors are Electroglas, Inc. and Electroglas International, Inc.

7.  Certificate of No Objection (Docket No. 330; filed November 12, 2009)

8.  Fourth Interim Application of Pepper Hamilton LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtors for the Period October 1, 2009 through October 31, 2009 (Docket No. 339; filed November 17, 2009)

9.  Certificate of No Objection (Docket No. 361; filed December 9, 2009)

II. Notice of Morrison & Forerster, LLP First Quarterly Fee Application Request for the period from July 9, 2009 through October 31, 2009 (Docket No. 342; filed November 17, 2009)

1.  Certificate of No Objection (Docket No. 370; filed December 10, 2009)

2.  First Application of Morrison & Foerster LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Section 327(e) Counsel to the Debtors fro the Period From July 9, 2009 through July 31, 2009 (Docket No. 167; filed August 21, 2009)

3.  Certificate of No Objection (Docket No. 226; filed September 14, 2009)

4.  Second Application of Morrison & Foerster LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Section 327(e) Counsel to the Debtors fro the Period From August 1, 2009 through August 31, 2009 (Docket No. 250; filed September 21, 2009)

5.  Certificate of No Objection (Docket No. 299; filed October 15, 2009)

6.  Third Application of Morrison & Foerster LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Section 327(e) Counsel to the Debtors fro the Period From September 1, 2009 through September 30, 2009 (Docket No. 306; filed October 20, 2009)

7.  Certificate of No Objection (Docket No. 329; filed November 12, 2009)

8.  Fourth Application of Morrison & Foerster LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Section 327(e) Counsel to the Debtors fro the Period From October 1, 2009 through October 31, 2009 (Docket No. 336; filed November 17, 2009)

9.  Certificate of No Objection (Docket No. 360; filed December 9, 2009)

**COMMITTEE'S PROFESSIONALS**

III. First Quarterly Fee Application of Womble Carlyle Sandridge & Rice, PLLC as Counsel for the Official Committee of Unsecured Creditors for the period July 29, 2009 through October 31, 2009 (Docket No. 335; filed November 17, 2009)

    1. Certificate of No Objection (Docket No. 371; filed December 11, 2009)

    2. First Monthly Fee Application of Womble Carlyle Sandridge & Rice, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period July 29, 2009 through August 31, 2009 (Docket No. 218; filed September 10, 2009)

    3. Certificate of No Objection (Docket No. 282; October 2, 2009)

    4. First Monthly Fee Application of Womble Carlyle Sandridge & Rice, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period September 1, 2009 through September 30, 2009 (Docket No. 302; filed October 19, 2009)

    5. Certificate of No Objection (Docket No. 331; November 16, 2009)

    6. Third Monthly Fee Application of Womble Carlyle Sandridge & Rice, PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period October 1, 2009 through October 31, 2009 (Docket No. 333; filed November 17, 2009)

    7. Certificate of No Objection (Docket No. 366; December 10, 2009)

IV. First Quarterly Fee Application of Weisler LLP, Financial Advisors, for the Official Committee of Unsecured Creditors for Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period July 29, 2009 through October 31, 2009 (Docket No. 338; filed November 17, 2009)

    1. Certificate of No Objection (Docket No. 372; filed December 11, 2009)

    2. First Monthly Fee Application of Weiser LLP, as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period July 29, 2009 through August 31, 2009 (Docket No. 220; filed September 10, 2009)

    3. Certificate of No Objection (Docket No. 283; filed October 2, 2009)

4. Second Monthly Fee Application of Weiser LLP, as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period September 1, 2009 through September 30, 2009 (Docket No. 295; filed October 14, 2009)

5. Certificate of No Objection (Docket No. 325; filed November 9, 2009)

6. Third Monthly Fee Application of Weiser LLP, as Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation for Professional Services Rendered and Reimbursement of Expenses for the Period October 1, 2009 through October 31, 2009 (Docket No. 334; filed November 17, 2009)

7. Certificate of No Objection (Docket No. 367; filed December 10, 2009)